UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20201-CR-MORENO

**UNITED STATES OF AMERICA**

v.

**DONALD MOON,**

        **Defendant.**
_____/

## MOTION OF THE UNITED STATES FOR
## A SENTENCE REDUCTION PURSUANT TO RULE 35

      Pursuant to Federal Rule of Criminal Procedure 35, the United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that the Court reduce the sentence imposed on the defendant, Donald Moon, due to the defendant's substantial assistance. In support of this motion, the United States states as follows:

      1.    Defendant Donald Moon was charged with conspiracy to possess with the intent to distribute 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 846, and possession with the intent to distribute a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

      2.    On June 21, 2007, the defendant pled guilty to both charges against him. On August 30, 2007, this Court sentenced him to a total term of incarceration of 120 months.

      3.    The defendant has substantially cooperated with the government both prior to and following his change of plea. Specifically, the defendant provided information and participated in an undercover operation that directly aided in the arrest and successful prosecution of his co-defendants, Zachary Taylor and Beatriz Machado.

4.	Based upon all of the circumstances, the United States respectfully urges that the defendant's sentence be reduced to reflect his substantial assistance. The United States requests that Moon's term of incarceration be reduced by one-third, from 120 months' incarceration to 80 months' incarceration.

5.	The undersigned has conferred with Michael Smith, counsel for the defendant, who is in agreement that a sentence reduction is appropriate but believes that the defendant's substantial assistance warrants a greater reduction to the defendant's sentence than what is being requested by the government. Accordingly, the defendant is requesting a hearing on the present motion.

WHEREFORE, the United States respectfully requests that this downward departure motion be granted and that Donald Moon's sentence be reduce to reflect his substantial assistance.

>Respectfully submitted,
>
>R. ALEXANDER ACOSTA
>UNITED STATES ATTORNEY
>
>By:	 s/ Sean Paul Cronin
>Sean Paul Cronin
>Assistant United States Attorney
>Court I.D. No. A5500940
>11200 N.W. 20th Street
>Suite 101
>Miami, Florida 33172
>Tel: (305) 715-7651
>Fax: (305) 715-7639
>Sean.P.Cronin@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

> s/ Sean Paul Cronin
>Sean Paul Cronin
>Assistant United States Attorney

2