UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20201-CR-MORENO

UNITED STATES OF AMERICA,
      Plaintiff,

vs.

DONALD MOON,
Reg. No. #78602-004
        Defendant.           /

## JUDGMENT & COMMITMENT UPON
## VIOLATION OF SUPERVISED RELEASE

On June 22, 2011, the defendant, Donald Moon, appeared before the Court for a supervised release violation hearing and the defendant admitted guilt to violation #1 and violation #2 of the petition and the Court accepted such admission. Therefore, it is

**ORDERED AND ADJUDGED** that the supervised release heretofore imposed by the Court be and the same is hereby ***REVOKED.*** It is further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a period of **12 months and 1 day.** No further supervision to follow.

      **DONE AND ORDERED** in Open Court at Miami, Dade County, Florida this 22nd day of June, 2011 and signed this _22_ day of June, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
U.S. Marshal (1 certified copy)
USPO John Minnelli